UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GABRIELLE JACOBS )<br>& )<br>JOSEPH JACOBS )<br>           )<br>      Plaintiffs, )<br>           )<br>vs. )<br>           )<br>CREDIT ONE FINANCIAL )<br>SOLUTIONS LLC )<br>           )<br>      Defendant. )<br>           ) | Case No. 14-CV-14150-DPW |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES, the Plaintiff, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), dismisses this action, with prejudice, and herby provides Notice of Voluntary Dismissal.

1. "Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the Plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

2. No Answer or Motion for Summary Judgment has been filed by the Defendant.

3. An agreement for settlement has been executed between the parties. WHEREFORE, Plaintiff is entitled to, and hereby Voluntarily Dismisses, this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), *with Prejudice.*

Dated: April 10, 2015                    Respectfully Submitted
                                         Plaintiffs
                                         By their attorney


                                         GABRIELLE AND
                                         JOSEPH JACOBS
                                         By Their Attorneys

                                         /s/ John F. Skinner, III
                                         Atty. John F. Skinner, III
                                         BBO: 676768
                                         Skinner Rivard and Siekmann, PLLC
                                         587 Union Street
                                         Manchester, NH 03104
                                         Tel: 603-622-8100
                                         Fax: 888-912-1497
                                         AttorneySkinner@gmail.com


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants as of the date of filing.


Dated: April 10, 2015                    /s/ John F. Skinner, III
                                         Atty. John F. Skinner, III